AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 3:05cr96/RV |
| RODNEY JEROME MCNABB ) | USM No: 06227-017 |
| Date of Previous Judgment: March 6, 2006 ) | Randolph Murrell, Federal Public Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 34 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 292 to 365 months | Amended Guideline Range: | 262 to 327 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Because the defendant was subject to a mandatory minimum of Life imprisonment, defendant McNabb is ineligible for a sentence reduction.  See <u>United States v. Williams</u>, 549, F.3d 1337, 1342 (11th Cir. 2008).

Except as provided above, all provisions of the judgment dated March 6, 2006 shall remain in effect.

**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date: June 19, 2009 | /s/ *Roger Vinson* |
| | Judge's signature |
| Effective Date: _____ | Roger Vinson, Senior United States District Judge |
| (if different from order date) | Printed name and title |